UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 26cr10233 |
| v. | Violation: |
| MATIN NIKTAJ, | Count One: Threats in Interstate Commerce (18 U.S.C. § 875(c)) |
| Defendant | |

**INFORMATION**

At all times relevant to this Information:

General Allegations

1. On or about November 14, 2025, Matin NIKTAJ ("NIKTAJ"), was present in Massachusetts.

2. In November 2025, Instagram was a social media application that utilized no data centers within Massachusetts. As a result, Instagram direct messages transmitted between Instagram users located in Massachusetts would have connected or communicated with a data center located outside of Massachusetts.

3. On or about November 14, 2025, NIKTAJ intentionally sent an Instagram direct message to another Instagram user ("INDIVIDUAL 1") in which he stated the following:

> Don't step foot in Allston ever again or I will get your head sliced off and put on a stick
>
> You fucking little pathetic loser
>
> If I ever see you i'm fucking killing you and leaving ur dead body on the sidewalk

4. NIKTAJ intended that the message referenced in paragraph 3 to be threatening, knew it would be viewed as threatening, and recklessly disregarded the fact that it would be viewed as threatening.

COUNT ONE

Transmitting in Interstate Commerce a Threat to Injure the Person of Another
(18 U.S.C. § 875(c))

The United States Attorney charges:

5. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 4 of this Information.

6. On or about November 14, 2025, in the District of Massachusetts and elsewhere, the defendant,

MATIN NIKTAJ,

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

TIMOTHY H. KISTNER
Assistant United States Attorney
District of Massachusetts

Dated: August 27, 2026